UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                    )
                                          )         CASE NO. 13-36731-KRH
Renee Gail Feggins                        CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$1,750.00.**

1. The filing of a **post-confirmation modified plan** on **1/20/2015** pursuant to the **trustee's motion to dismiss** on **1/12/2015.**

2. The Attorney has provided services to the Debtor(s) in connection with a **motion to incur new debt** filed with this Court on **10/1/2015,** the order having been entered by the Court on **10/26/2015.**

3. The filing of a **post-confirmation modified plan** on **11/24/2015** pursuant to the **trustee's motion to dismiss** on **11/19/2015.**

4. The Attorney has provided services to the Debtor(s) in connection with a **motion for relief** from the automatic stay filed with this Court on **11/25/2015.** The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **1/27/2016.**

5. The filing of a **post-confirmation modified plan** on **7/8/2016** pursuant to the **trustee's motion to dismiss** on **6/15/2016.**

6. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

7. The Attorney is the sole provider of legal services to the Debtor(s).

8. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
 Fax: (804) 518-5121

Certificate of Service

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                    )
                                          )        CASE NO. 13-36731-KRH
Renee Gail Feggins                                 CHAPTER 13
Debtor(s)
2318 Pine Tree Lane
Rocky Mount, NC 27804
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [5455]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$1,750.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

    United States Bankruptcy Court
    701 E. Broad Street
    Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
Address of attorney for the Debtor(s):    Richard J. Oulton
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121


Address of Chapter 13 Trustee:
Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819


**8/24/2016**    /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel: (804) 520-2428
Fax: (804) 518-5121

PROOF OF SERVICE

I certify that I on **8/24/2016**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.    /s/ Richard J. Oulton
Richard J. Oulton


**Parties served:**

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1819

Renee Gail Feggins
Debtor
2318 Pine Tree Lane
Rocky Mount, NC 27804

**NAME AND ADDRESSES OF CREDITORS**

Afni
Po box 3427
Bloomington, IL 61702

ALG

Allied Cash Advance
7955 NW 12th Street Ste 300
Miami, FL 33126

Alltel
Po box 96019
Charlotte, NC 28296

American Coradius Internationa
2420 Sweet Home Road Ste 150
Buffalo, NY 14228

American Infosource LP for
Po Box 248838
Oklahoma City, OK 73124-8838

American Infosource LP for
Po Box 248838
Oklahoma City, OK 73126

Arrow Financial
5996 W Touhy Ave
Niles, IL 60714

BB&T
Recovery Dept
PO Box 1489
Lumberton, NC 28359

Caf/Carmax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160

Chase Auto
Attn: National Bankruptcy Dept
Po Box 295015
Phoenix, AZ 85038

Credit Collection
Two Wells Ave
Newton Center, MA 02459

Credit Collection Services
P.O. Box 587
Needham Heights, MA 02494

Credit Collections Svc
Po Box 773
Needham, MA 02494

Cybrcollect
Po Box 1145
La Crosse, WI 54601

Dept Of Ed/sallie Mae
11100 Usa Pkwy
Fishers, IN 46037

Dominion Law Assoc
222 Central Park Ave
Virginia Beach, VA 23462

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

First Financial Assest Mgmt
PO Box 56245
Atlanta, GA 30343

First Premier Bank
Po Box 5147
Sioux Falls, SD 57117

Focus Receivables Management
1130 Northchase Parkway
Ste 150
Marietta, GA 30067

GE Capital Retail Bank
PO Box 1950
Morristown, NJ 07962

GE Money Bank
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Granite Law Group, PLLC
PO Box 456
Layton, UT 84041

Jefferson Capital System
16 McLeland Road
Saint Cloud, MN 56303

Jefferson Capital Systems LLC
PO Box 953185
Saint Louis, MO 63195-3185

L.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164

LTD Financial Services, L.P.
7322 Southwest Frwy Ste 1600
Houston, TX 77074

LVNV Funding LLC
c/o Resurgent Capital Systems
PO Box 10587
Greenville, SC 29603

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Mitchell Rubenstein & Assoc.
12 South Summit Ave. Ste. 250
Gaithersburg, MD 20877

National Credit Managers
PO box 140925
Orlando, FL 32814

Natl Fitness
1645 E Hwy 193
Layton, UT 84040

Navient Solutions Inc.
Dept. of Education Services
PO Box 9635
Wilkes Barre, PA 18773

Nissan

Old Navy
Po Box 103106
Roswell GA 30076

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502

PRA Receivables Management LLC
PO Box 12914
Norfolk, VA 23541

Professional Recovery Con
2700 Meridian Parkway Ste 200
Durham, NC 27713

Progress Ins
Po Box 55126
Boston, MA 02205

Rac Acceptance
5501 Headquarters Dr
Plano, TX 75024

Receivables Management
PO box 8630
Richmond, VA 23226

Redline Recovery Services
11675 Rainwater Dre stuite 350
Alpharetta, GA 30009

Revenue Reporting Services
21 Princeton Place
Orchard Park, NY 14127

Sprint
P.O. Box 8077
London, KY 40742

Tate & Kirlin Assoc
2810 Southampton Road
Philadelphia, PA 19154

TitleMax
3275 Mechanicsville Turnpike
Richmond, VA 23223

TitleMax
1702 Boulevard
Colonial Heights, VA 23834

TitleMax
PO Box 32
Colonial Heights, VA 23834

Toll Violation Processing Ctr
P.O. Box 1234
Clifton Forge, VA 24422

Wells Fargo
420 Montgomery St.
San Francisco, CA 94104

Wells Fargo Bank
Overdraft RecoveryMACA0143-042
PO Box 63491
San Francisco, CA 94163